# EXHIBIT A

4/8/2016

State of Illinois | DEPARTMENT OF CORRECTIONS | Inmate Search Results

## ILLINOIS DEPARTMENT OF CORRECTIONS
## INTERNET INMATE STATUS
AS OF: Friday, April 8, 2016



### R43615 - JOHNSON, JAMES

**Parent Institution:** STATEVILLE CORRECTIONAL CENTER
**Offender Status:** IN CUSTODY
**Location:** STATEVILLE

### PHYSICAL PROFILE
**Date of Birth:** 10/21/1980
**Weight:** 175 lbs.
**Hair:** Black
**Sex:** Male
**Height:** 5 ft. 07 in.
**Race:** Black
**Eyes:** Brown

# EXHIBIT A