# EXHIBIT B

# ILLINOIS DEPARTMENT OF CORRECTIONS
## INTERNET INMATE STATUS
AS OF: Friday, July 7, 2017




### R43615 - JOHNSON, JAMES
**Parent Institution:** MENARD CORRECTIONAL CENTER
**Offender Status:** IN CUSTODY
**Location:** MENARD

## PHYSICAL PROFILE
**Date of Birth:** 10/21/1980
**Weight:** 175 lbs.
**Hair:** Black
**Sex:** Male
**Height:** 5 ft. 07 in.
**Race:** Black
**Eyes:** Brown

## MARKS, SCARS, & TATTOOS
NONE RECORDED

## ADMISSION / RELEASE / DISCHARGE INFO
**Admission Date:** 05/10/2005
**Projected Parole Date:** 05/23/2076
**Last Paroled Date:**
**Projected Discharge Date:** 05/23/2079

## SENTENCING INFORMATION

| MITTIMUS: | 01CR2131601 |
| --- | --- |
| CLASS: | M |
| COUNT: | 1 |
| OFFENSE: | MURDER/INTENT TO KILL/INJURE |
| CUSTODY DATE: | 05/23/2001 |
| SENTENCE: | 75 Years 0 Months 0 Days |
| COUNTY: | COOK |
| SENTENCE DISCHARGED?: | NO |

| MITTIMUS: | 01CR2131701 |
| --- | --- |
| CLASS: | X |
| COUNT: | 1 |
| OFFENSE: | ATTEMPT MURDER/INTENT TO KILL/INJURE |
| CUSTODY DATE: | 07/11/2001 |
| SENTENCE: | 20 Years 0 Months 0 Days |

**EXHIBIT B**