# EXHIBIT C

# AFFIDAVIT

I, JAMES JOHNSON, SWEAR UNDER THE PENALTY OF PERJURY, THAT THE FOLLOWING IS TRUE & ACCURATE TO THE BEST OF MY KNOWLEDGE, & IF GIVEN THE CHANCE TO TESTIFY WOULD TO THE FOLLOWING.

(1) I AM CURRENTLY INCARCERATED AT MENARD CORRECTIONS IN ILLINOIS, SERVING OUT A SENTENCE OF 75 YEAR'S FOR FIRST DEGREE MURDER.

(2) I CURRENTLY HAVE 2 CIVIL SUITS IN JUDGE WOOD, COURT ROOM THAT I CANT GET THE CASE NUMBERS FOR, DUE TO THE CRUEL & UNUSUAL PUNISHMENT THAT I'M FORCE TO GO THROUGH DAILY AT THE HAND'S OF MENARD'S WARDEN LASHBROOK, & PRISON GUARD'S & ~~MEDICAL STAFF~~.

(3) I'VE BEEN PHYSICALLY ASSAULTED BY PRISON GUARD'S ON THE DATE OF 6-22-17, AROUND 10:00 AM

(4) I ARRIVED AT MENARD ON THE DATE OF 6-21-17,

(5) I WAS CALLED A BLACK MONKEY WITH DREAD'S BY A GUARD NAMED DULANY, WHO WORK'S MY GALLERY IN SEGREGATION 5 DAY'S OUT A WEEK.

(6) I'AM A RASTAFARIAN WHO MADE A CULTURAL VOW FOR THE GROWTH OF MY HAIR IN 2007,

(7) I WAS TAKEN OUT OF MY CELL & ASSAULTED ON THE DATE OF 6-23-17, AROUND 12:00 AM OR 1:30 AM BY PRISON GUARD'S.

EXHIBIT C

(8). I'AM BEING RELENTLESSLY ABUSED BY THESE PRISON GUARDS WHO ARE USING THEIR FRIENDSHIPS WITH THE MEDICAL SAFF FOR DENYING ME MEDICAL CARE.

(9). DUE TO ME BEING IN SEGREGATION, I CAN NOT BE MOVED OUT OF MY CELL WITH OUT MY HANDS BEING CUFFED BEHIND MY BACK.

(10). I'VE NEVER SPIT ON OR AT ANY PRISON GUARD/STAFF MEMBER, NOR HAVE I TRIED TO PHYSICALLY ASSAULT ANY ONE.

(11). I WAS DENIED MY RIGHT TO SPEAK TO INTERNAL AFFAIRS BY MENARD'S MAJOR CARTER, ALONG WITH OTHER GUARD'S. DUE TO ME NOT BEING WILLING TO AGREE TO CUT OF MY LOCKS.

(12). I TOLD MAJOR CARTER THAT I WAS A SECURITY RISK FOR MENARD, DUE TO ME GETTING IN A PHYSICAL ALTERCATION WITH A GANG CHIEF NAME WILSON, WHO'S IN MY SUIT.

(13). I TOLD CARTER THAT I WAS IN FEAR OF MY LIFE BEING TOOKEN BY WILSON, OR ONE OF HIS GANG MEMBERS.

(14). MAJOR CARTER TOLD ME "IF I WASNT GOING TO AGREE TO CUT MY HAIR I HAD NOTHING COMING"; HE WAS COMING BACK FOR MY HAIR.

(15). I WAS SENT BACK TO MY SEGREGATION CELL, MY WATER HAD BEEN TURNED OFF.

(16). I FELT LIKE I HAD TO DRAW SOME ATTENTION TO MY SITUATION SO I DIP A SMALL CONTAINER OF TOOTHPASTE THAT WAS EMPTY IN MY TOILET FOR WATER BECAUSE I COULDNT GET ANY DUE TO MY WATER BEING TURNED OFF.

(17). TWO GUARD'S CAME TO MY CELL WITH FOOD OF TRAY'S. WHEN THEY OPENED MY FEED HOLE I SPRAID THEM WITH THE WATER.

(18). THEY THOUGHT THIS WAS WASTE & CALLED FOR MORE GUARD'S.

(19). THE GUARD'S WERE AT MY CELL SAYING DONT CRY LIKE A BITCH WHEN WE GET YOU.

(20). A LOT OF GUARD'S WERE OUT SIDE MY DOOR TELLING ME TO CUFF UP INCLUDING MAJOR CARTER.

(21). I STATED THAT I WOULD NOT CUFF UP OUT OF FEAR OF BEING ASSAULTED & THAT I ONLY WANT TO TALK TO I/A WHICH IS INTERNAL AFFAIR'S.

(22). A WOMAN CAME TO MY DOOR & SAID MR JOHNSON, I'AM THE WARDEN WHAT'S GOING ON.

(23). I STATED I JUST WANT TO SPEAK TO I/A BECAUSE I AM IN FEAR FOR MY LIFE & YOUR GUARDS REFUSED ME THAT RIGHT, & I'M SCARED TO CUFF UP DUE TO THEY STATING THAT THEIR GOING TO ASSAULT ME.

(24) WARDEN LASH BROOK TOLD ME TO LOOK OVER AT A MAN HOLDING A VIDEO CAMERA & STATED HE'S I/A & I AM NOT GOING TO LET ANY ONE TOUCH YOU.

(25) I WAS TOOKEN TO A UP STAIR'S ROOM WITH GLASS DOOR'S I TALKED TO I/A & EXPLAINED MY SITUATION WITH WILSON, & THAT I WAS IN FEAR FOR MY LIFE.

(26). I WAS SEEN BY MENTAL HEALTH & A NURSE WHO WERE ALL CONVERSATING WITH THE GUARDS.

(27). I WAS THEN TOOKEN TO A ROOM WITH A GLASS DOOR WHICH HAPPEN'S TO BE THE LAST ROOM TO THE RIGHT. I HAD BEEN CUFFED BEHIND MY BACK & SHACKLED AROUND MY ANKLES. GUARD McCALEB WAS HOLDING MY CUFFS/HAND

(28) 6 GUARDS CAME IN THE ROOM MAKING IT SEVEN IN ALL. I DONT KNOW THEM

ALL BY NAME, BUT BLUMLOVE, McCALEB, ENGELAGE, & SEARGENT (SGT) JONES WERE ALL THERE WHOM NAME'S I NOW KNOW.

(29) GUARD ENGELAGE, STATED "BITCH" & PUNCHED ME IN THE LEFT SIDE OF MY FACE & EYE, & THE REST OF GUARD'S STARTED TO PUNCH, KICK, KNEE & SLAP ME.

(30) ENGELAGE KICKED ME IN MY LEFT EAR & I COULD FEEL THE BLOOD RUNNING OUT I COULD NOT HEAR MY EAR WAS JUST RINGING & I PASSED OUT.

(31). I PASSED OUT 2 MORE TIME'S EACH ONE I WAS WOKE UP BY BEING SLAP IN THE FACE THE LAST TIME BY (SGT) JONES, WHO STATED THAT WILSON, WAS HIS BOY & HE WAS GOING TO MAKE MY STAY AT MENARD HELL.

(32) (SGT) JONES, TOLD HIS GUARD'S TO UNCUFF ME & TAKE ALL OF MY SHOES & CLOTHES. I WAS LEFT WITH ONLY MY BOXER UNDERWEAR & PUT IN A NEW CELL 222 WHICH HAD NOTHING BED OR BEDDING ONLY A CELL NO RUNNING WATER.

(33) I ASKED EVERY OFFICER/GUARD THAT CAME BY MY CELL FOR MEDICAL ATTENTION ALSO THE NURSE WHO PASSES OUT MED'S. WHICH NONE I'VE GOT.

(34). SOME TIME AROUND 12:00 OR 1:30 AM ON 6-23-12, A TACT TEAM RAN IN MY CELL & TOOK ME BACK UP STAIRS WHERE THE ROOM'S WERE WITH THE GLASS DOOR, BUT THIS TIME I WAS PUT IN THE ROOM WITH BARS A CAGE

(35). MY BLOOD PRESSURE WAS TAKEN BY A NURSE WHO SAID HE OK & THEN A MAJOR HASSELMEYER, STATED YOU DOING ALL THIS FUCKING UP MY OFFICERS EATING TIME, HE'S ALL YOURS TO HIS TACT TEAM. WHO STARTED TO ASSAULT ME UNTILL I PASSED OUT AGAIN.

(36). I WOKE UP TO MY FEET BEING DRAG DOWN THE STAIRS, I WAS TOLD BY A GUARD CARRING ME TO PICK MY FEET UP & WALK BEFORE I GOT MY ASS BEAT SOME MORE.

(37). EVERY TIME I WAS ASSAULTED MY HAND'S WERE CUFFED BEHIND MY BACK & SHACKLES AROUND MY ANKLES. WHICH WERE SO TIGHT THAT I HAVE SCARES & SORES AROUND MY WRIST & ANKLES.

(38) I WAS TAKEN BACK TO MY CELL WHEN MAJOR HASSELMEYER, TOLD THE GUARDS TO TAKE MY ~~[illegible]~~ BOXER UNDER, LEAVING ME NUDE TO SLEEP ON THE FLOOR. WHICH I STAYED LIKE THAT FOR 4 DAY'S I WAS NOT GIVEN ANY TRAY'S OF FOOD & MOST OF THE TIME'S EMPTY TRAYS.

(39). I WAS TAKEN OUT OF MY CELL ON THE DATE OF 6-26-17, I WAS IN FEAR OF THEM KILLING ME SO I TOLD THEM I COULDN'T WALK JUST TO STOP THEM FROM ASSAULTING ME.

(40). I WAS STRAP DOWN TO A CHAIR WITH WHEELS, ALL WHILE MY HAND'S WERE CUFFED BEHIND MY BACK & ANKLES SHACKLED TO THE POINT THAT THE CIRCULATION WAS CUT OFF OF MY BLOOD ON MY HAND'S & FEET.

(41). I WAS VIDEO TAPED GETTING A HAIR CUT, WITH OUT ATTEMPTING TO RESIST OR ASSAULT ANYONE.

(42) I WAS THEN TAKEN & GOT MY I.D PICTURE TOOKEN.

(43). YOU CAN SEE SOME OF MY FACE INJURIES ON THIS PICTURE 4 DAY'S AFTER THE ~~[illegible]~~ ASSAULTS HAPPEN.

(44). I WAS THEN TAKEN & PUT IN A ROOM FOR 2 MORE DAY'S & GIVEN A M.R.I AT A HOSPITAL, ON THE DATE OF 6-28-17,

(45). I WAS PUT IN A NEW CELL #217 ON THE DATE OF 6-28-17.

(46). THIS CELL CONDITIONS ARE INHUMANE & IF I LIVE TO TELL MY STORY I AM TAKING LEGAL ACTION'S,

(47). I'VE ~~[illegible]~~ WENT TO HEAR MY DISCIPLINARY TICKET ON THE DATE OF 6-3-17, FOR ASSAULTING A GUARD BY SPRAYING HIM WITH WATER WHICH

THE GUARD ARE STILL CLAIMING TO BE WASTE.

(48) WHEN I GOT BACK TO MY CELL IT HAD BEEN SHOOK DOWN.

(49) ALL OF MY GRIEVANCES HAD BEEN TOOKEN, COPIES OF GRIEVANCES THAT I'VE FILED & BLANK ONES.

(50) MY TRAY OF FOOD HAD A SMILEY FACE ON IT, I OPENED IT & SOMEONE HAD URINATED IN IT.

(51) GUARD MCCALEB STATED "ENJOY YOUR MEAL".

(52) I THEN STARTED TO SPEAK WITH GUARD DUDINSKI, WHO SPIT IN MY FACE THROUGH MY CRACKED DOOR. STATING "FUCK YOU".

DEAR JUDGE WOOD, I AM AT THIS TIME PLEADING FOR THIS COURT TO TAKE ACTION'S & STOP THE VIOLATIONS OF MY PRISONER'S RIGHT TO THE EIGHTH AMENDMENT AS CRUEL & UNUSUAL PUNISHMENT, MY INHUMANE LIVING CONDITION, I'VE BEEN ASSAULTED TWO TIMES. I HAVE A CONCUSSION, RIB'S HURT LOST MOST OF MY HEARING IN MY LEFT EAR. I HAVE ONLY A METRESS IN MY CELL THAT'S COVERED WITH DRY BLOOD STAINS, & IT'S GOT SMALL BUG'S ON IT. I HAVE SCARES/SORES ON MY WRIST & ANKLES FROM THE GUARD'S PUTTING MY CUFF'S ON TOO TIGHT. I AM NUDE ALL OF MY SHOE'S & CLOTHE'S HAVE BEEN CONFISCATED, THERE IS NO BEDDING TO COVER UP MY MATRESS & I'AM NOT SLEEPING ON IT SO I'AM REALLY NOT GETTING ANY SLEEP AT ALL. I HAVE FILED OVER 10 EMERGENCY TO THE WARDEN'S OFFICE, WHICH HAVE ALL SEEM TO GONE MISSING. ACCORDING TO THE ADMINISTRATIVE DIRECTIVE OF THE ILLINOIS DEPARTMENT OF CORRECTIONS, WHEN AN INMATE'S FILE AN EMERGENCY GRIEVANCE, THE WARDENS OFFICE MUST RESPOND IN 10 DAYS. I'VE BEEN IN MENARD FROM THE DATE OF 6-21-17, I'VE FILED MY

FIRST GRIEVANCE ON THE DATE OF 6-26-17, TODAY IS 7-9-17. EVERY BODY THAT'S BEEN DOWN HERE SAY THAT I MIGHT AS WELL STOP WRITING BECAUSE THEY THREW THEM AWAY, BUT I STILL DO EVERY DAY. AS I'AM WRITING THIS LETTER GUARD) BLUMLEVE JUST CAME UP TO MY DOOR KICKED IT & STATES "WHAT'S UP LIL BITCH IS IT HOT ENOUGH IN THERE FOR YOU" LAUGHS & WALK'S OFF. THEY PUT ME IN THIS CELL WITH POOR VENTILATION & NO ELECTRICITY OUT LET. SO I CANT USE MY FAN, THAT'S ALL THE PROPERTY THAT I WAS GIVEN WAS MY FAN & MEDICATION THAT'S OUT DATED, McCALEB STATED "YOU MIGHT AS WELL TAKE ALL OF THIS SHIT IT WILL KILL YOU". THE MED'S ARE OLD & OUT DATED WHICH I KEPT AS PROOF IN MY CELL, IT'S 39 PILL'S OF NAPROXEN 500 MILLIGRAM'S / 18 PILLS IBUPROFEN 200 MILLIGRAM'S / 120 PILL'S OF MELOXICAM. I HAVE NO CLOTHES UNDERWEAR NOT ABLE TO USE MY FAN, MY BED HAS INSECT'S / BUG'S ALL OVER IT SO I SLEEP ON THE FLOOR IN THE NUDE. I CANT HEAR OUT OF MY LEFT EAR DUE TO BEING ASSAULTED 2 TIMES. MY CELL TEMPERATURES ARE WELL OVER 100 DEGREE'S. SOME TIME'S I'AM NOT GIVEN ANY FOOD TO EAT, I'VE WROTE OVER 10 GRIEVANCES WITH NO RESPONSE. I CANT GET ANY MEDICAL ATTENTION BY THE STAFF HERE. I HAVE A POST CONVICTION & HABEAS CORPUS IN PROSE, WHICH I CANT GET MY CASE NUMBERS TOO. I'AM REQUESTING THAT A MOTION / PETITION FOR TEMPORARY RESTRAINING ORDER, BE FILED FOR MY RELEASE OUT OF MENARD'S CUSTODY & TURNED OVER TO THE CUSTODY OF PONTIAC CORRECTION'S, WHICH IS A DISCIPLINARY CORRECTIONAL FACILITY. FOR INMATE'S WITH SEGREGATION TIME. I HAVE 9 MONTH'S IN SEGREGATION TIME I DONT GET OUT UNTILL 2-21-18. I HAVE GOT

5 INMATES TO GIVE AFFIDAVITS TO WHAT THEY HAVE WITNESS AS FOR THE INTIMIDATION/HARASSMENT & TORTURE THAT I GO THROUGH DAILY AT THE HANDS OF WARDEN LASHBROOK, & HER PRISON STAFF. I'AM TERRIFIED OF ALL THE GUARD'S & LOOK'ED AT AS THE BLACK SHEEP. IVE JUST TOLD MENARD'S PRISON GUARD BLUMLEVE, THAT AS OF TODAY'S DATE OF 7-9-17, I JAMES JOHNSON # R43615, AM GOING ON A HUNGER STRIKE TO PROTEST THE SERIOUS PHYSICAL & PSYCHOLOGICAL ABUSE ACCOMPANIED BY RACIAL EPITHES & THREATS AT THE HAND'S OF THIS PRISON STAFF. I WILL NOT EAT ANY FOOD OR DRINK ANY LIQUID. UNTILL MY LIVING CONDITION'S ARE CORRECTED. GUARD BLUMLEVE, STATED) "IM NOT DOING ANY PAPER WORK OR TELLING ANY ONE SHIT" & GAVE MY TRAY AWAY TO ANOTHER INMATE. THEY ARE LIER'S & THE TORTURE MUST STOP SOON BEFORE IT'S TO LATE FOR ME.

Respectfully
James Johnson.

AFFIDAVIT

ON THE DATE OF 7-15-17

I James Johnson #R43645, SWEAR UNDER THE PENALTY OF PERJURY THAT THE FOLLOWING IS TRUE & ACCURATE TO THE BEST OF MY KNOWLEDGE, AND IF I WAS GIVEN THE CHANCE TO TESTIFY WOULD TO THE FOLLOWING,

(1) I'AM CURRENTLY SENTENCED TO 75 YEAR'S, FOR A CONVICTION OF FIRST DEGREE MURDER.

(2) I'AM FIGHTING FOR MY SENTENCE TO BE OVER TURNED PROSE, THROUGH FEDERAL HABEAS CORBUS & AN POST CONVICTION PETITION, IN WHICH I WAS JUST ISSUED A FAVORABLE DECISION IN ON APPEAL.

(3) I WAS SENT TO MENARD CORRECTIONS ON THE DATE OF 6-21-17,

(4) I HAD LONG LOCKED HAIR ON MY ARRIVAL TO MENARD DUE TO MY CULTURAL BELIEFS.

(5) I'VE BEEN PHYSICALLY ASSAULTED 2 TIME LEAVING ME WITH LITTLE HEARING IN MY LEFT EAR, WHICH I BELIEVE IS A BUSTED EAR DRUM.

(6) I HAVE SORE RIBS, SORES/SCARS ON MY WRIST & ANKLES FROM GUARD'S PUTTING CUFFS ON TOO TIGHT & THEN ASSAULTING ME.

(7) I HAD 2 SWOLLEN BLACK EYE'S & A SWOLLEN BRUISED FACE, & BELIEVED TO BE A CONCUSSION.

(8) I'VE BEEN STRIPED DOWN NUDE NO SHOE'S OR UNDER & LEFT TO SLEEP ON THE FLOOR.

(9) MY CELL HAS A BUG INFESTED BED THAT WAS PUT THERE PREVIOUSLY BY GUARD'S BEFORE I WAS PLACED THERE IN CELL #217.

(10) FROM THE DATE OF 6-22-17 UNTILL THIS DATE OF 7-15-17 I HAVE BEEN SLEEPING NUDE ON THE FLOOR IN MY PRISON CELL AT MENARD CORRECTION'S, NOT WILLINGLY BUT FORCED BY CORRUPT PRISON GUARD'S.

(11) MY CELL HAS VERY POOR VENTILATION SO NO AIR COMES IN & IT HAS NO ELECTRICITY OUTLET FOR MY FAN WHICH I WAS GIVEN, KNOWING I WOULD NOT BE ABLE TO USE.

(12) DAILY I'AM LEFT IN MY CELL WITH THE LIGHT CONTROLER SWITCH ON THE OUT SIDE WHICH THE GUARD'S ONLY CAN CONTROL ON DAY & NIGHT. ITS LEFT

(13) A INMATE UNDER ~~THE~~ EXACT SAME CIRCUMSTANCE'S HAS JUST DIED A FEW DAY'S AGO, FROM THE HEAT IN HIS CELL. HIS NAME IS ~~[illegible]~~ MICHAEL A. JEFFERSON. AGE 20S

(14) I'AM TORTURED DAILY & AFTER THE OTHER INMATE'S DEATH I AM IN FEAR FOR MY LIFE AS WELL.

(15) WHEN THE TEMPERTURES RAISE TO 90 DEGREES OUT SIDE IN MY STEEL DOOR CELL IT FEEL'S WELL OVER 100 plus.

(16) THE OTHER DAY I GOT DIZZY & PASSED OUT, WHEN I WOKE UP I WAS COVERED IN SWEAT & A BLOODY NOSE.

(17) I CALLED THE GUARD'S & ASKED FOR A MEDICAL STAFF NURSE, WHICH NONE CAME,

(18) ON THE DATE OF 7-9-17, I TOLD GUARD BLUMLEVE, THAT I WANT TO GO ON A HUNGER & LIQUID STRIKE, HE STATED THAT HE WASN'T DOING ANY PAPER WORK.

(19) I'VE HAD A GUARD DUDINSKI, SPIT IN MY FACE.

(20) I'VE HAD A GUARD URINATE IN MY FOOD TRAY.

(21) ON THE DATE OF 7-14-17, I WAS SENT ON A CALL PASS TO VISIT A MENTAL HEALTH DOCTOR MS. C. REGELSPERGER,

(22) WHILE WAITING IN A CAGED CELL WARDEN MS LASHBROOK, WALKED IN A LONG WITH A UNKNOWN MAJOR.

(23) WARDEN LASHBROOK, LOOK'ED AT ME & STATED: I ALMOST DIDN'T NOTICE YOU, I LIKE YOUR NEW HAIR CUT YOU LOOK NICE.

(24) THIS IS MENARD ALL OF YOUR LAW SUITS THAT YOU FILED IN STATEVILLE NOT HAPPENING HERE.

(25) HOW'S YOUR NEW CELL HOT ENOUGH FOR YOU.

(26) I TOLD MY MAN TO TAKE REAL GOOD CARE OF YOU.

(27) A GUARD THAT WAS EXCORTING ME ON MY PASS NAME MCCALEB STATED: HE'S IN GOOD HAND'S WE GOT HIM.

(28) I HAVE LOST AT THE LEAST 12 TO 15 POUND'S WHILE HERE AT MENARD.

(29) I'VE STILL HASN'T BEEN SEEN BY ANY MEDICAL STAFF MEMBER, EVEN AFTER ME DROPING 2 SICK CALL SLIP'S A DAY

(30) THE ACTION'S OF THESE PRISON OFFICIALS ARE ALL IN RETALIATION FOR MY CIVIL SUIT'S IN STATEVILLE.

(31) I AM IN FEAR FOR MY LIFE DUE TO MENARD'S PRISON GUARD'S & MEDICAL STAFF.

(32) I LOVE MY SELF & MY FAMILY, I WOULD NEVER DO ANY THING TO HURT ME.

(33) I WILL NEVER COMMIT SUICIDE, OR DO ANY HARMFUL THING TO MY SELF.

(34) IF I DIE WHILE IN MENARDS CUSTODY THERE SHOULD BE A FULL INVESTIGATION FOR FIRST DEGREE MURDER ON PRISON OFFICIALS & MEDICAL STAFF.

(35) AFTER THE DEATH OF THE INMATE A FEW DAY'S AGO, CHUCK HOLE'S / FEED DOOR'S HAVE BEEN LEFT OPEN ON EVERY DOOR IN THE CELL HOUSE EXCEPT FOR MINE'S & MY NEIGHBORS MR WEST.

EACH AND EVERY THING STATED IN THE ABOVE IS TRUE & ACCURATE. I JAMES JOHNSON, SWEAR UNDER THE PENALTY OF PERJURY.

SINCERELY

James Johnson

DATE
7-15-17

OERCP101

ILLINOIS DEPARTMENT OF CORRECTIONS
Offender 360
PRINTED SCHED. CALL PASS

PAGE: 70
RUN DATE: 7/13/2017
RUN TIME: 10:40:37 AM

ILLINOIS DEPARTMENT OF CORRECTIONS - OTS

OFFENDER CALL PASS ISSUED

IDOC: R43615 JOHNSON,JAMES     Maximum     C     Moderate     MEN:MEN:N2:02:17:L1

PRIMARY: DISCIPLINARY SEG. ,LOCKUP-MEN400010325

DESTINATION: NORTH 2     DAY: 7/14/2017     AT: 12:00:0 0 PM

PASS TYPE: MENTAL HEALTH LINE 1

COMMENTS: BEHAVIORAL TECH PREA LINE / C REGELSPERGER / IN NORTH 2 / MUST HONOR

AUTHORIZED: Lenzi Yankey

CELL HOUSE SIGNATURE: ________________ TIME: ____:____

DESTINATION SIGNATURE: ________________ TIME: ____:____

EXIT SIGNATURE: ________________ TIME: ____:____

RETURN SIGNATURE: ________________ TIME: ____:____

NURSE ELIZABETH
REFUSED MEDICAL CARE
WHEN I WAS IN 222 NUDE
SHE SEEN MY FACE & ASKED
WHAT HAPPEN AFTER JUMPING
BACK

309 US COURT HOUSE
100 NE MONROE ST
PEORIA IL 61602

100 N.E. MONROE
MICHAEL M. MIHM
P.
60[illegible]3

SAN FRANCISCO BAY VIEW
WILLIE RATCLIFF PUBLISHER
4917 THIRD STREET
SAN FRANCISCO CALIFORNIA
94124-2309 SUBSCRIPTION #24.00

U.S. DEPARTMENT OF JUSTICE
CIVIL RIGHTS DIVISION
CRIMINAL SECTION-PHB
950 PENNSYLVANIA AVE
NW WASHINGTON DC
20530

JAMES JOHNSON #R43615
P.O. BOX 711
MENARD ILLINOIS
62259

FOREVER
USA

Opened in the Mailroom to discover identity due to NO I/m #, to send back to I/m for postage voucher.

POSTAGE DUE______
ATTACH VOUCHER

LEGAL MAIL
DATE 7-15-17

JAMES JOHNSON #R43615
P.O. BOX 711
MENARD, ILL
62259

Correspondence From IDOC Inmate

-LEGAL MAIL-

PATRICK G. BURNS
300 S WACKER DRIVE SUITE 2800
CHICAGO, ILLINOIS
60606

LEGAL MAIL
DATE 7-18-17

60606867711 C009