EXHIBIT D



James Johnson #R43615
P.O. Box 1000
Menard, Illinois
62259

Correspondence From IDOC Inmate

-LEGAL MAIL-

PATRICK G. BURNS
ATTORNEY OF LAW
300 S. WACKER DRIVE
SUITE 2500
CHICAGO, ILLINOIS
60606

LEGAL DATE
MAIL 7-9-17

EXHIBIT D

STATE OF ILLINOIS }

COUNTY OF RANDOLPH }


## AFFIDAVIT

I, KENTES WEST, being first duly sworn upon my oath depose and state that the following matters are both true and correct made upon personal knowledge and belief, and if called as a witness, I am competent to testify thereto: I, Kentes west Reg. No. K82893, was and still am, a inmate at Menard Correctional Center, on the date of June 21, 2017, when inmate James Johnson Reg. No. R43615, came down here to Menard C.C.. By my assigned cell #218, in North 2 unit, being right in front of the camera footage will also back up what I say, and state in this Affidavit.

On the aforementioned date when Mr. Johnson was being escorted pass my cell to his cell. I overheard the C.O. escorting him, tell him "Dummy you don't think we already knew you was coming and got a special welcome to Menard Ass whooping waiting on you." Hearing this made me jump up to see who they were talking to. I only got a chance to see the back of his head due to how my cell door is designed. I can't attest to what was said before that or after that because that's all that I heard that day. I did notice that he had to be a new transfer into

1

the institution.

On June 22, 2017, I observed the Warden J. Lashbrook, walk pass my cell. I got up to try and get her attention to speak with her. I waited by my door hoping to catch her if she was to walk back pass. Shortly afterwards, is when I observed Mr. Johnson and a host of other Prison Guards along with the Warden. As for my memory, I remember seeing Major John Carter, SGT. Lindenberg, Lt. Witcoff, and Warden Jacqueline Lashbrook, and several Correctional officers. Before I could call out to Warden Lashbrook, I overheard her say "Nobody's going to touch you, I'm right here." Right after the first time I called her name. I heard her tell Major Carter. "Make sure he understands that won't be tolerated, once I leave." I called again and she responded not right now. From what I heard, I assumed that Mr. Johnson was about to get a beat down. I've been down here long enough to know what's going on back here. That's why I was n't suprised when they brought Mr. Johnson back with a swollen face and barely able to walk on his on.

This part I have to explain so you'll understand what's going on. Since I've been here I've witnessed them shake down the guy that was in cell #222. The cell smelled so bad that they would only be able to be in their for seconds at

2

a time before coming out gasping for air and gagging like they were about to throw up (vomit). They would also throw his mattress out and give him a new one almost every shake down. (The camera footage can also be pull to verify my truthfulness.) After leaving with Mr. Johnson, they C.O. McCaleb, and another moved the inmate in cell #222, and went through their normal ritual of taking milk cartons, and empty juice cartons and trays, out of the cell. Same way in and out and acting as though he was about to vomit. Then it dawned on me that they would be putting Mr. Johnson in that filthy cell. I then overheard McCaleb, (Prison Guard) tell the other one to make sure the water and the toilet was turned off. Which is another form of how they torture you in Menard that I have seen happen quite often back here.

Now I'm not sure of the date, and I'm not going to ask because I was ask to attest to what I remember and observed. One night I was awakened to guys kicking and banging on the door for the med-tech. I then observed SGT. Holder, and a Lt. going to cell #222. I later observed Major Hasemeyer of the 11:00 P.M. to 7:00 AM shift. I heard Hasemeyer say "if he's bullshitting he's going to need a med. tech., I don't have time for this shit." I then heard him telling Mr. Johnson to get up and come cuff up. I then

3

heard him say: "If I got to send my guys in there to cuff you up, I promise you're not going to like that, you're not hurt that bad." I then observe them pull Mr. Johnson out in his boxer shorts and practically drag him. (Check the camera if you think I'm exaggerating). When they brought him back he was crying and moaning. I observed them take his boxers shorts off of him kick them to the wall lock him in the cell and leave. That's all I observed on that night.

On June 26, 2017, I observed SGT. Lindenberg, SGT. Snell, Lt. Witcott, and Major John Carter come though early in the morning stating Time for some action. SGT. Lindenberg begin turning off the fans. I could not hear the conversations being held this day but know Major Carter did the talking. I couldn't tell you what exactly he said though. I did hear someone say get up so we can cut your hair and I don't want to hear that shit about your religion. You're under Menard's religion now. I then observed nurse Norman, C/O Chitty, C/O Campbell, C/O Dudinski, C/O Engelage, and C/O Phillips come dressed in first response gear. I heard them open his door and you could hear Mr. Johnson groaning saying stop and ouch. You could also hear the sounds of slapping flesh. I can't be of much help on what happen difectly after that because I became angry and started

4

yelling for them to stop beating him. To hear a grown man sound like that bothered me deeply. I saw them roll Mr. Johnson pass my cell and it sounded like he said "please don't cut my hair I'm going to transfer." I didn't hear anyone respond to him.

On June 28, 2017, they moved my neighbor Stuart and move him to 4 gallery. I knew they were putting someone in #217 that they didn't like because they switch mattresses. That's another way they get at guys by putting pissy, smelly mattresses in the cell and place a guy in the cell with no sheets. Later on I found out they had moved Mr. Johnson next door to me. I let him know I'd been observing what he's been going through and felt bad for him. I'm not sure how old he is, but he looks like a young guy. I let him know if he needed me to witness to what I observed I would. But only to what I observed with my own eyes and ears. They have a polygraph or stress test machine here. I will accept to take one on whatever I write in this statement/Affidavit.

I can also attest to hearing him everyday asking or complaining about something. Namely, his water not being turned on, them not lifting the latch up so he can get his tray. He saying there's bugs on his mattress. Him asking for legal work, his property, and stating there's

5

no electrical socket in his cell to plug his fan up. I've heard him complain about shoes. I saw Dudinski spit on the side of his door. He's tried to go on Hunger strike and Brumleve stated I'm not writing shit, fuck you don't eat.

Pursuant to 28 USC 1746, 18 USC 1621 OR 735 ILCS 5/1-109 I Declare, under penalty of perjury that everything contained herein is True and Accurate to the Best of my knowledge, information, and belief. I do Declare and Affirm that the matter at hand is not taken either frivolously or maliciously and that I believe and will attest to it in front of any Attorney, Judge or in Open court that the aforementioned is true, and that the foregoing matter is taken in Good Faith.

SiGN ON THiS __3__ Day of __July__, 2017

s/ Kentes West

Kentes West Affiant,

West, Kentes

Reg. No. K82893
P.O. Box 1000
Menard, IL. 62259

6

Affadavit
July 6, 2017

pg 1 of 8

I, Joseph Tillman, am an offender currently being housed in the Menard Correctional Center, P.O Box 1000 Menard Illinois 62259. I swear under the penalty of perjury that the foregoing is true and accurate to the best of my knowledge and ability also that I have nothing to gain in coming forth with the truth in this matter.

On June 21, 2017 I saw an offender being escorted by numerous officers (C/o's) down the gallery in the N2-2 gallery disciplinary segregation unit, in which I am housed in cell 220. They were making gestures of cutting his hair behind his back. I couldn't hear the whispers they WERE exchanging while walking offender. After they WERE out of my sight about a minute or so later they dragging a mattress down the gallery. Upon information and belief it was the mattress out of the offenders cell. It wasn't until about 2 hours later that I found it was that offenders mattress as he and other individuals WERE banging on the cell doors to get

that individual a mattress and bedding. I also learned that this individuals name was James Johnson and that the officers were "messing" with him because of his hair. Offender Johnson had dreadlocks all the way down his back to his buttocks. I know it would be an issue because I've heard of other offenders having similar issues, at which time I began to document the events around offender Johnson and encouraged other offenders to do the same, especially since offender Johnson had no way to document things on his own.

On June 22, 2017 I heard numerous c/o's reference comments toward or about Johnson, "that guy with the long ass fucking hair." Mainly about his refusal to cut it and how they would force him to do so. During feeding time for lunch around 9:30 a.m I witnessed c/o's Brumlevee and McCaleb passing out food trays. When they got towards the area of area of Johnsons cell there was a big commotion. I could not see but I heard the c/o's using a lot of derogatory words such as "little bitch" and "motherfucker". A lot of c/o's ran down to that area. I quickly found out they were

pg 3 of 8

at offenders Johnson cell, which I now knew to be cell #239. The commotion settled a bit and a hour or so later Warden Lashbrook came walking down the gallery with some white-shirts (Majors and/or Lieutenants) and about 5 or 6 C/o's. They were talking in hushed tones. A couple of C/o's were putting on gloves which is never a good sign to us inmates. A few minutes later they were bringing offender Johnson down the gallery. The C/o's were all surrounding him, pushing his head down and handling him aggressively. Warden Lashbrook was walking behind them doing something will a cell phone or electronic device telling offender Johnson "you're okay, nothing's going to happen to you, I'm not going to allow anything to happen." I could hear all of this as they walked pass my cell.

A while later they were dragging offender Johnson down the gallery holding him up by his cuffs. I could hear offender Johnson yelling about not being able to breathe and that they had just "got down on me." Which we know to mean assault on offender. I also witnessed the side of his face looked swollen. Some offenders began to bang on the door telling the C/o's they were

bogus (meaning wrong) and other things. The warden was no longer with them. At this time they put offender Johnson in cell #222 which is only 2 cells away from my cell. They removed a mattress and a bunch of trash from the cell before putting Johnson inside. While removing the trash the C/o's had to cover their faces because of the smell of the cell was so bad. There were no other attempts to clean the cell. The only thing offender Johnson had was a pair of underwear he had on. That's all he came back with after he left with the warden. After the C/o's left numerous inmates including myself tried to talk to offender Johnson however he was unresponsive. We didn't know how bad his conditions were. After a few hours we (a bunch of inmates) began banging on the doors to get offender Johnson medical attention. It was an attempt to alert staff and get their attention. No help was provided. Not long after the nurse came down the gallery passing out medication. This nurse is only known as Elizabeth. She was told by numerous offenders that offender Johnson needed some medical attention to which we were completely ignored. So was offender Johnson.

Time passed and later that night I myself told a C/O while he was picking up laundry that "I was concerned about inmate Johnson and that he should check on him and try to get him medical attention." To which the C/O NEVER checked and only replied "That motherfucker's okay." I witnessed the same C/O do a count check about an hour later. Once he got to Johnson's cell he got on his radio and more officers and a Lieutenant (Lt.) came to his cell. About 10 minutes late Major Hassemeyer came to his cell. To which a few inmates began yelling for inmate Johnson to not go out because this particular Major is known for having inmates assaulted. Not so after the Major left and returned with what I assume is a tactical response team. They were in all black with riot gear. They went into his cell and you could hear offender Johnsons screams. I could not see. When they dragged him out of his cell and down the gallery his entire body was limp. Many offenders thought he was dead. They brought offender Johnson back some 20 to 25 minutes later. I couldn't see his face as the tact team was surrounding him holding his head down. When they put him back in the cell they took

pg 6 of 8

his underwear. Offender Johnson was unrespon-
sive during this whole time, nor did he respond
once placed in his cell again until the next day
in which he informed us that he had been assaulted
again. That his face was severely swollen and he also
believed his ear drum was busted during one of the
two assaults. Some of the things offender Johnson
said was incoherrent as his voice was muffled due
to the cell they had him in (no cracks in the door to
talk through) or his face being swollen, possibly both.
Offender Johnson did state numerous times that
he couldn't see because his eyes were swollen shut.
This was twice in a 24 hour period that inmate
Johnson was assaulted.

During the next couple days offenders in-
cluding Johnson tried to get medical attention. It
was again refused. Also on each shift, you would
hear Johnson during feeding time saying that the
officers were giving him empty meal trays. Which
still happens as I've watched C/o's Brumlevee, Mc-
Caleb and Dulainey laugh and joke about not
feeding offender Johnson stating things like "you'll
think about it next time before you do something
to us" or "I bet this little bitch'll learn his

lesson this time", among other things. Offender Johnson is continually harrassed. lights left on and things such as grievances removed from his cell and being thrown away. He has no electricity output in his cell so he cannot use his fan. Temperatures are known to rise well over 100° inside cells. Still the staff torment him making comments such as "Is it hot in there? How come you're not using your fan?" While laughing. Numerous times offender Johnson has requested a Lt. or Seargent (sgt.) to report his issues and he is ignored and continually harrassed. On one occasion I filed a grievance around 6-30-17 detailing what offender Johnson was going through and that I not only fear for his life but my own. I was shook down (cell searched) a day or two later and all of my grievances were taken and thrown in the trash. On one occassion C/o Dudinski was outside of offender Johnsons cell making a snorting noise as though he was working up salavia and I heard ~~Johnso~~ Johnson yell... "You're going to spit on me through the door?" The C/o then ~~calle~~ called him a "fucking pussy". Johnson also tried to report a C/o ~~pis~~ urinating inside one of ~~this~~ his food trays.

pg 8 of 8

to which his protest continually go unheard. As
of today July 6, 2017 the harrassment and torture
still happens periodically. Even after they've cut
offendees hair and assaulted him approximatly
three times.

I, Joseph Tillman #R-40962, contends that
I am giving this affadavit freely and have not
been promised anything in return and also that if
called to testify I can contest to everything here
within. I swear under penalty of perjury that
the afore mentioned is true and accurate to the
best of my knowledge except where I state upon
information and belief, and there I believe it
to be true and accurate upon further investigation.
This affadavit is voluntarily and true and accurate
to the best of my knowledge and ability.

Sincerly Submitted,
Joseph Tillman

July 6, 2017

Joseph Tillman #R-40962
P.O Box 1000
Menard, Il. 62259

County: Randolph
State: Illinois

Declaration
of
Korey Jones R-27009

I Korey Jones R-27009 being competent to make this Declaration Pursuant to U.S.C. 1746 under the penalty of perjury of what i seen, and heard:

On June 21st 2017, James Johnson #R-43615, Arrived here in Menard Correctional Center, He was brought to the Segregation unit North 2-2-gallery, where i seen him through my cell of North 2-2-26. He had long Dread locks in his hair. Officer's said out loud "were going to have a Field Day cutting those things." The Next Day he was taking out his cell for a I.D picture Update. He Refuse to cut his Dread kicks, so officer's put him back in his cell, On Friday 6/23/17 The Warden J. Lashbrook, and numerous officers, He only Reckognizing Lashbrook, officer McCaleb, and officer Brookleve, took him out his cell, Put him in a room some where we could Not see him, or hear him, when he came back, heard inmates, screaming, "why y'all Fuck him up? Johnson R-43615, was screaming, "they beat me, My Face is swoll, my ear is Bleeding, i need Medical." He was Put in a cell #2 on 2-Gallery. That hole Weekend, he had no clothes, water, Mattress, And was not Feed. The Nurses Just ignored his pleads for help. June 26th 2017, officer McCaleb, officer Brookleve, and Sergeant Linenburg, came back that Morning man in his cell, and start beating him, I Kicked the Door

①



Trying to help him out, officer ~~McCabb~~ came to my cell, And told me "oh you want some too". I just fell back cause you cant win Down here. He Johnson was then took to a room, where they held him Down, and cut his Dread lock, And put in a location still un-known to me. A couple Days Ago, he was brought back to 2-gallery & put in cell 17,

These things in Menard C.C. is not un-common, a lot of us has been beat are treat so bad, for example from June 15th 2017, i was made not given A shower, walked Down the Gallery Naked, put in A cell, And officer Bourdeve, officer McCabb, Didn't Give me no clothes, Fan, Matteress, covers, underwear, nothing For 14 days. It was blood & Fees in this cell, i was force to sleep on the Floor. My body have broke out, And all this is Documented with Health care unit. I'm about to File a "1983" on How they Did me, After i exhauste all my administrative remedies. These so corrupt Down here, Are Grievances Go Missing are un-answered. Ifs what officer say " Ifs Nothing like ol' Menard".

I Make this Declaration of My own will under the penalty of perjury. ✐

7/18/17               (S) ~~[signature]~~ B-27009
                                    ②

Ihorey Jones
B-27009
Menard E.C.
P.O. Box 1000
Menard. Il 62259

Self Notary
State Documents

Notarize Under by 735- ILCS
5/7 109 Under Penalty of Perjury
This day ~~April~~ July 8-17

I, Alan Duncan B69424 Witness
On June 22-17 Warden Lashbrook
And Several Staff Vicously extract
James Johnson Out of his Cells,
with Blows to his Face.
On 6-23-17. Staff didnot Feed
him. On 6-26-17 I Personally
Wrote An Emergency Grievance,
About excessive Force, Battery,
Cruel Unusual Punishment. Today is
July 8-17. I Still havent received
A response.
        Self Notary
Under the Penalty of Perjury
  By 735- ILCS 5/7 109
These events Are True.

                    Alan Duncan
            PO Box 1000
            Menard, IL 62259

I, Deonta Wallace #M35627, inmate swear, under the penal of Perjury, that the following is true and correct to the best of my Ability. On the date of July 9, 2017 I overheard inmate James Johnson #R43615 tell the officer that he was a liquid and hunger strike but the c/o told him that he wasn't about to do any paperwork and the officer gave his tray to another inmate. I've heard how the inmate complains about his cell condition were as the officers respond by say, "stop crying like a little bitch." Everyday I observe at least one or multiple officer threaten mister Johnson with death threats. The officer run into his cell at least once a day and do GOV Knows what to this Man. His cell is located right next door to me, so I'm startle from my daily functions with the abuse this individual faces. I've even heard an officer spit on the inmate through the crack of his door when he was complaining about his living condition.

James Johnson #R02561
P. Box 1000
Menard, Illinois
62259

808CEEE80 0003

**Correspondence From IDOC Inmate**

Attorney of Law -LEGAL MAIL-
Patrick G. Burns
300 S. Wacker Drive Suite
2500
Chicago, Illinois
60606




U.S. POSTAGE
ZIP 62259
02 1W
0001389078
$00.00
USA 2017

FOREVER

Legal Mail
Legal Date
Mail 7-12-17

© USPS 2013

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

FSC
MIX
Paper

Declaration Of
P. McCloud

I. P. McCloud being Competent to make this Declaration Under the Penalty of Perjury 28 U.S.C 1717 And I state as Follow what I witnessed.

On June 22, 2017 I heard the Correctional Officers beating Inmate James Johnson #R43815. All the Inmates were beating on the door And the C/O came by And said "stop" ticking his Altight, referring to Inmate Johnson. The next Following Days two C/Os were Assaulting And not Feeding Inmate Johnson. On 6-23-2017 The 1st shirt C/Os were beating on him at Around 1200 as they took him out the cell. And 1:30 AM As they walked him back to his cell. They Also were not Feeding him As they came by my cell laughing saying he'll starve to death Far as I care. And Inmate Johnson was Yelling saying "Where's my tray". He Also was Yelling he didn't have Any WATER in the Cell this lasted For Four days then they moved him. I was in Cell 2-27 An Can testify If Called

Declarant SAYETH
NAUGHT

Signed John McCloud #R31479          Executed on, July 9, 2017