TO: WHOM THIS MAY CONCERN          4-6-18

My NAME is JAMES JOHNSON, I'AM CONTACTING YOU ON THIS DATE FOR A REQUEST TO KNOW MY OWED FILING FEES FOR THE CASE'S NO. 17-CV-04625 NO. 1:17-CV-06825, NO. 1:12-CV-05712.

IT SEEM'S TO BE A MISUNDERSTANDING WITH MONEY BEING TOOKEN FROM MY ACCOUNT, I AM TRYING TO PAY OFF ALL OF THE ABOVE CASE FEE'S.

THANK YOU
RESPECTFULLY
Jim John[signature]

FILED
MAY 15 2018 YJ
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

JAMES JOHNSON #B73615
P.O. BOX 711
MENARD, IL
62259

Correspondence From IDOC Inmate

-LEGAL MAIL-

CASHIER'S DESK, 20th FLOOR
UNITED STATES DISTRICT COURT
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS
60604

U.S. POSTAGE • PITNEY BOWES
ZIP 62259 $ 000.47
02 1W
0001389078 MAY 09 2018

05/14/2018-47

LEGAL DATE
MAIL 5-6-18